**Dismissed and Opinion Filed January 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01059-CV

### LAKEITH AMIR-SHARIF, Appellant
### V.
### QUIK TRIP  STORE NO. #909, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-03023

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is appellant's January 9, 2015, motion for voluntary dismissal of appeal.

In the motion, appellant states his research provides he does not have standing to pursue the appeal of the orders in question and that this Court lacks jurisdiction to consider his complaints.

We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

141059F.P05

/David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LAKEITH AMIR-SHARIF, Appellant

No. 05-14-01059-CV      V.

QUIK TRIP  STORE NO. #909, ET AL.,
Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-03023.
Opinion delivered by Justice Evans. Justices
Francis and Stoddart participating.

      Based on appellant's January 9, 2015, motion for voluntary dismissal of the appeal and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 15th day of January, 2015.